**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEREK BRANDON CHRISTENSEN,

    Petitioner,             3:12-cv-00477-RCJ-VPC

vs.

                                    ORDER

JACK PALMER, et al.,

    Respondents.

The petitioner has presented the Court with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 5) and has paid the required filing fee (ECF No. 6).

The petition was ordered filed and docketed, and served upon the respondents, but no response was required. ECF No. 7. Petitioner was directed to file a second amended complaint showing that he claims were exhausted in state court. He had until January 9, 2013, to accomplish this task and was advised that failure to timely comply would result in dismissal. *Id.* Petitioner has made no effort to contact the Court and has not sought an extension of this deadline.

Petitioner has not complied with the order of the Court and it appears that the claims in his petition are completely unexhausted. Therefore, the petition shall be dismissed without prejudice as unexhausted.

**IT IS THEREFORE ORDERED** that this petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE AS UNEXHAUSTED.**

The Clerk shall enter judgment accordingly.

Dated this 11th day of March, 2013.

_____
UNITED STATES CHIEF DISTRICT JUDGE